IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT BENCHOFF, | : |
| Plaintiff, | : CIVIL ACTION NO. 3:16-cv-:01312 |
| | : |
| v. | : (Judge Mannion) |
| | : (Magistrate Judge Saporito) |
| LAUREL HARRY. Superintendent, | : |
| et al., | : |
| Defendants. | : |

## ORDER

AND NOW, this 7th day of October, 2016, in accordance with the Memorandum issued this date, IT IS HEREBY ORDERED THAT plaintiff's motion to appoint counsel (Doc. 10), is DENIED WITHOUT PREJUDICE.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

Dated: October 7, 2016

FILED
WILKES BARRE
OCT 07 2016
Per ML