# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT BENCHOFF,** | : | |
| Petitioner | : | CIVIL ACTION NO. 3:16-1312 |
| v. | : | (JUDGE MANNION) |
| **LAUREL HARRY, Superintendent,** **SCI Camp Hill, et al.,** | : | |
| | : | |
| Respondents | : | |
| | : | |

## O R D E R

In accordance with the memorandum issued this same day in the above-captioned matter, **IT IS HEREBY ORDERED THAT:**

**(1)** The report and recommendation of Judge Saporito, **(Doc. 22)**, is **ADOPTED IN ITS ENTIRETY**.

**(2)** The petitioner's objections to Judge Saporito's report, **(Doc. 26)**, are **OVERRULED**.

**(3)** The respondents' motion to dismiss the petition for writ of habeas corpus, **(Doc. 17)**, is **GRANTED**.

**(4)** The petition for writ of habeas corpus, **(Doc. 1)**, is **DISMISSED** as a second or successive petition, without prejudice to the petitioner's right to seek pre-authorization from the Third Circuit under 28 U.S.C. §2244(b)(3).

**(5)** The court declines to issue a certificate of appealability under 28 U.S.C. §2253, as the petitioner has failed to make

a substantial showing of the denial of a constitutional right.

**(6)** The petitioner's motion for judgment on the pleadings, **(Doc. 23)**, motion for leave of court, **(Doc. 28)**, second motion for appointment of counsel, **(Doc. 30)**, and motion to conduct discovery, **(Doc. 31)**, are **DISMISSED**.

**(7)** The Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 29, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1312-01-ORDER.wpd